UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KAREN GREEN and JEFFERY A. GREEN,

                Plaintiffs,

vs.

ASTRAZENECA, INC., AVENTIS CROPSCIENCE USA, INC., RHODIA, INC., RHONE-POULENC, INC., STAUFFER MANAGEMENT COMPANY, and ZENECA, INC.

                Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No. 00-CV-1736 *(member)*
(FJS/GJD)

---

       IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the undersigned attorneys for all parties who have appeared in the action, that the action, including all claims and counterclaims, is hereby dismissed with prejudice. This action may be filed with the Clerk of the Court without further notice.

Dated: February 1, 2007

HANCOCK & ESTABROOK

By: _____
Edward J. Smith, III, Esq.
Bar Roll No. 502012
Attorneys for Plaintiffs
1500 MONY Tower I
P.O. Box 4976
Syracuse, New York 13221-4976
Telephone: (315) 471-3151

BOND, SCHOENECK & KING, PLLC

By: _____
Thomas R. Smith, Esq.
Bar Roll No. 102630
Attorneys for Defendants
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
           and

**SO ORDERED**

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
2/2/07

1243852.1